**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **L.G. MOTORSPORTS, INC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CASE NO. 4:11CV112** |
| | § | |
| **NGMCO, INC.,** | § | |
| **CORVETTE RACING, INC.,** | § | |
| **MICHELIN NORTH AMERICA, INC.,** | § | |
| **and DOUG FEHAN** | § | |
| | § | |
| **Defendants.** | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  On March 6, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant General Motors, LLC f/k/a NGMCO, Inc.'s Motion to Dismiss (Dkt. 6) be GRANTED in part and DENIED in part, that Plaintiff should be required to file an amended complaint accordingly, and that a scheduling order be entered to govern the remaining claims in this case.

The court, having made a *de novo* review of the objections raised by Plaintiff and Defendants, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, the objections

of Plaintiff are without merit, and  the court hereby adopts the findings and conclusions of

the Magistrate Judge as the findings and conclusions of this court.

Defendant General Motors, LLC f/k/a NGMCO, Inc.'s Motion to Dismiss (Dkt. 6) is

GRANTED in part and DENIED in part, and, within ten (10) days of the date of this Order, Plaintiff

shall file an amended complaint accordingly.  Additionally, within fifteen (15) days of the date of

this Order, the parties shall submit a scheduling order to govern the remaining claims in this case.

**IT IS SO ORDERED.**

**SIGNED this the 30th day of March, 2012.**

_____

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE