IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| L.G. MOTORSPORTS, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CASE NO. 4:11CV112 |
| | § | |
| NGMCO, INC., | § | |
| CORVETTE RACING, INC., | § | |
| MICHELIN NORTH AMERICA, INC., | § | |
| and DOUG FEHAN | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 6, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Doug Fehan's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue and Without Waiving and Subject Thereto, Motion to Dismiss for Failure to State a Claim (Dkt. 7) be GRANTED in part and that the claims against Defendant Fehan be dismissed for lack of jurisdiction.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions

of the court.

Therefore, Defendant Doug Fehan's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue and Without Waiving and Subject Thereto, Motion to Dismiss for Failure to State a Claim (Dkt. 7) is GRANTED in part and the claims against Defendant Fehan are hereby dismissed for lack of jurisdiction.

**IT IS SO ORDERED.**

**SIGNED this the 30th day of March, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE