# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **L.G. MOTORSPORTS, INC.** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CASE NO. 4:11CV112 |
| | § | |
| **NGMCO, INC.,** | § | |
| **CORVETTE RACING, INC.,** | § | |
| **MICHELIN NORTH AMERICA, INC.,** | § | |
| **and DOUG FEHAN** | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On March 4, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Michelin North America, Inc.'s Motion for Summary Judgment Against Plaintiff (Dkt. 118) be GRANTED in its entirety, that Plaintiff take nothing by its remaining claim here, and that the case be closed on the court's docket.

The court has made a *de novo* review of Plaintiff's objections, as well as Defendant's response, and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

1

Therefore, Defendant Michelin North America, Inc.'s Motion for Summary Judgment Against Plaintiff (Dkt. 118) is GRANTED in its entirety and Plaintiff shall take nothing by its remaining claim here.

**IT IS SO ORDERED.**

**SIGNED this the 26th day of March, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE